UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  
Rosa H Campbell

Debtor (s),

Case No.: __15-20594__

Adv. No.: _____

Judge: __JNP__

Chapter: __13__

# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Jerrold N. Poslusny Jr.__, United States Bankruptcy Judge.

**Reason for Hearing:** Debtor(s) Objection to Trustee's Certification of Default

**Location of Hearing:** Courtroom No. __4C__  
Mitchell H. Cohen U.S. Courthouse  
400 Cooper Street  
Camden, NJ 08101

**Date and Time:** 1/27/17 @ 10:00 a.m.,  
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** __✔__ ARE REQUIRED    ____ ARE NOT REQUIRED

DATED: __11/~~18~~/16__        JAMES J. WALDRON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __November 18__, 20 _16_ the foregoing notice was served on the following:

Debtor(s)  
Attorney for Debtor(s), if any  
Chapter 13 Trustee

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Rosa H Campbell  
    Debtor

Case No. 15-20594-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 18, 2016  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2016.  
db           +Rosa H Campbell,    3811 Caverow Ave,    Pennsauken, NJ 08110-3717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2016 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Kimberly A. Wilson    on behalf of Debtor Rosa H Campbell wilson.schroedinger@comcast.net  
                                               TOTAL: 6