Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  15−20594−JNP
                        Chapter:  13
                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rosa H Campbell
   aka Rosa L. Campbell
   3811 Caverow Ave
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−7471

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/3/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 3, 2017
JAN: cmf

                                                             Jeanne Naughton
                                                            Clerk

```
                       United States Bankruptcy Court
                             District of New Jersey

In re:                                                              Case No. 15-20594-JNP
Rosa H Campbell                                                     Chapter 13
      Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 1         Date Rcvd: Apr 03, 2017
                              Form ID: 148             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2017.
db             +Rosa H Campbell,    3811 Caverow Ave,    Pennsauken, NJ 08110-3717
aty            +Kristina G. Murtha,    216 Haddon Avenue,    Ste. 406,    Westmont, NJ 08108-2812
lm             +MIDFIRST BANK,    501 NW Grand Blvd.,    Oklahoma City, OK 73118-6037
515552169      +A Professional Corporation Incorporated,     Kristina G Murtha, Managing Attorney,
                 701 Market St Suite 5000,    Philadelphia, PA 19106-1541
515755575       Apex Asset Management, LLC,    PO Box 5407,    Lancaster, PA 17606-5407
515552172      +Camden County MUA,    1645 Ferry Avenue,    Camden, NJ 08104-1311
515631665       Emerg Phy Assoc of South Jersey PC,    3585 Ridfe Park Drive,    Akron, OH 44333-8203
515631664       Enhanced Recovery Company LLC,    Po Box 23870,    Jacksonville, FL 32241-3870
515631659      +Kennedy Medical Group Practice PC,    Po Box 95000,    CL # 4570,    Philadelphia, PA 19195-0001
515631662       Kennedy University Hospital,    PO Box 48023,    Newark, NJ 07101-4823
515631663      +Linden Care,    130 Crossways Park Drive Ste 101,    Woodbury, NY 11797-2046
515756693      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
515552170      +MidFirst Bank,    999 N.W Grand Boulevard Suite 100,     Oklahoma City, OK 73118-6051
515563231      +NJ-American Water Company,    500 Grove Street,    Haddon Heights, NJ 08035-1736
515631658       PSE&G,   PO Box 14444,    New Brunswick, NJ 08906-4444
515552171      +Pennsauken Township,    5605 North Crescent Boulevard,    Pennsauken, NJ 08110-1899
515631660       Yasgur Eye Associates OC,    Cherry Hill Plaza,    1415 E Rte 70 Suite 404,
                 Cherry Hill, NJ 08034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2017 23:28:26      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2017 23:28:25       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515630556       EDI: CAPITALONE.COM Apr 03 2017 23:18:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
515631661      +EDI: CAPITALONE.COM Apr 03 2017 23:18:00      Capital One Services, LLC,    Po Box 70886,
                 Charlotte, NC 28272-0886
515765923      +E-mail/Text: bankruptcy@pseg.com Apr 03 2017 23:28:07      PSE&G,    PO Box 490,
                 Cranford NJ 07016-0490,    Attn: Bankruptcy Dept
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kimberly A. Wilson    on behalf of Debtor Rosa H Campbell wilson.schroedinger@comcast.net
                                                                                             TOTAL: 6
```